**Order entered October 21, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01098-CV

### IN THE INTEREST OF K.L.M., A CHILD

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-30084-2015**

## ORDER

By letter dated September 28, 2016, we notified appellant's counsel that, from a review of the Clerk's record, it appeared she had been dismissed as attorney of record for appellant upon entry of final judgment. Because she had filed the notice of appeal on behalf of appellant, we directed her to provide, within seven days, written verification that she represented appellant. Counsel has not provided the requested verification, but has filed, on behalf of appellant, a motion to extend time to file brief. We construe this filing as verification she continues to represent appellant, **GRANT** the extension request, and **ORDER** the brief be filed no later than November 8, 2016. Because this is an accelerated appeal from a judgment terminating appellant's parental rights, no further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE